UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

GUSTAVO ALBERTO MERINO-LIMA          CASE NO.  3:26-CV-02290 SEC P

VERSUS                               JUDGE TERRY A. DOUGHTY

MARKWAYNE MULLIN ET AL               MAG. JUDGE KAYLA D.
                                     MCCLUSKY

### ORDER

Considering the Motion for Preliminary Injunction [Doc. No. 3] filed by Gustavo Alberto Merino-Lima ("Petitioner"),

**IT IS ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that Respondents must respond to Petitioner's Complaint [Doc. No. 1] on or before July 8, 2026. Petitioner may file a reply within three days after Respondents' response is filed. The Clerk of Court is instructed to provide Shannon Smitherman, at the United States Attorney's Office, a copy of this Order via email and access to the Complaint [Doc. No. 1] and the docket in this matter.

MONROE, LOUISIANA, this 1st day of July 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE